UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Case: 1:26-cr-20737
Judge: Lawson, David M.
MJ: Morris, Patricia T.
Filed: 11-04-2026

UNITED STATES OF AMERICA,

Plaintiff,

v.

THOMAS MCKINLEY JR.,

Defendant.

Violations:
21 U.S.C. § 841(a)
18 U.S.C. § 924(c)
18 U.S.C. § 922(g)

---

# INDICTMENT

---

**THE GRAND JURY CHARGES:**

## COUNT ONE
**Possession with Intent to Distribute Cocaine**
**21 U.S.C. § 841(a)(1)**

On or about August 19, 2026, in the Eastern District of Michigan, Thomas McKinley Jr. knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

**SENTENCE ENHANCEMENT**
**21 U.S.C. §§ 841(b)(1)(C) and 851**

Before Thomas McKinley Jr. committed the offense charged in this count, Thomas McKinley Jr. had a final conviction for a felony drug offense, namely, a conviction under Michigan Compiled Law § 333.7401(2)(A)(4):

delivery/manufacture of a controlled substance less than 50 grams and is therefore subject to increased penalties provided under Title 21, United States Code, Sections 841 and 851.

## COUNT TWO
**Possession with Intent to Distribute Cocaine Base**
**21 U.S.C. § 841(a)(1)**

On or about August 19, 2026, in the Eastern District of Michigan, Thomas McKinley Jr. knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

**SENTENCE ENHANCEMENT**
**21 U.S.C. §§ 841(b)(1)(C) and 851**

Before Thomas McKinley Jr. committed the offense charged in this count, Thomas McKinley Jr. had a final conviction for a felony drug offense, namely, a conviction under Michigan Compiled Law § 333.7401(2)(A)(4): delivery/manufacture of a controlled substance less than 50 grams and is therefore subject to increased penalties provided under Title 21, United States Code, Sections 841 and 851.

## COUNT THREE
**Possession with Intent to Distribute Fentanyl**
**21 U.S.C. § 841(a)(1)**

On or about August 19, 2026, in the Eastern District of Michigan, Thomas McKinley Jr. knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

**SENTENCE ENHANCEMENT**
**21 U.S.C. §§ 841(b)(1)(C) and 851**

Before Thomas McKinley Jr. committed the offense charged in this count, Thomas McKinley Jr. had a final conviction for a felony drug offense, namely, a conviction under Michigan Compiled Law § 333.7401(2)(A)(4): delivery/manufacture of a controlled substance less than 50 grams and is therefore subject to increased penalties provided under Title 21, United States Code, Sections 841 and 851.

## COUNT FOUR
**Possession of a Firearm in Furtherance of a Drug Trafficking Crime**
**18 U.S.C. § 924(c)**

On or about August 19, 2026, in the Eastern District of Michigan, Thomas McKinley Jr. knowingly possessed a firearm, that is, a Glock, Model 26, .40 caliber, semi-automatic pistol, in furtherance of a drug trafficking crime for which he may

be prosecuted in a court of the United States, that is, possession with intent to distribute cocaine, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT FIVE

**Felon in Possession of a Firearm**
**18 U.S.C. §§ 922(g)(1)**

On or about August 19, 2026, in the Eastern District of Michigan, Thomas McKinley Jr., knowing that he had been previously convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm, that is, a Glock, Model 26, .40 caliber, semi-automatic pistol, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

**Criminal Forfeiture**
**21 U.S.C. § 853**

The allegations contained in Count One through Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841, the defendant shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

**Criminal Forfeiture**
**18 U.S.C. § 924(d)(1)**

The allegations contained in Counts Four and Five of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1).

Upon conviction of an offense charged in Count Four or Five of this Indictment, Thomas McKinley Jr. shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), any firearm or ammunition involved in said offense including but not limited to a Glock, Model 26, .40 caliber, semi-automatic pistol, bearing serial number CBD934 on the frame and BXAS227 on the barrel and 13 rounds of .40 caliber ammunition.

Dated: November 4, 2026

THIS IS A TRUE BILL

s/Grand Jury Foreperson
GRAND JURY FOREPERSON

JEROME F. GORGON JR.
United States Attorney

*s/Anthony P. Vance*
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices
600 Church Street
Flint, Michigan 48502-1280
Phone: (810) 766-5177
anthony.vance@usdoj.gov
P61148

*s/William Orr*
WILLIAM ORR
Assistant United States Attorney
101 First Street, Suite 200
Bay City, Michigan 48708-5747
Phone: (989) 895-5712
william.orr@usdoj.gov
Texas Bar No: 24102308

**Companion Case information MUST be completed by AUSA and initialed**

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

## Companion Case Information

This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]:

☐ **Yes** x **No**

Case: 1:26-cr-20737
Judge: Lawson, David M.
MJ: Morris, Patricia T.
Filed: 11-04-2026

**Case Title:** USA v. Thomas McKinley, Jr.

**County where offense occurred:** Saginaw

**Check One:** **X Felony** **__ Misdemeanor** **__ Petty**

__X__ Indictment/___Information --- **no** prior complaint.
_______Indictment/___Information --- based upon prior complaint []
_______Indictment/___Information --- based upon **LCrR 57.10 (d)** ***[Complete Superseding section below]***.

## Superseding Case Information

**Superseding to Case No:** ______________________ **Judge:** ______________________

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date: November 4, 2026

s/William Orr
William Orr
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone: 989-895-5712
Fax: 989-895-5790
E-Mail address: William.Orr@usdoj.gov
Attorney Bar #: Texas 24102308

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.